# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIF SALAHUDDIN ABDULLAH, | CASE NO. 1:08-cv-00551-AWI-DLB (PC) |
| Plaintiff, | ORDER VACATING COURT ORDER DISMISSING ACTION, AND VACATING CLERK'S JUDGMENT |
| v. | |
| J. YATES, et al., | (Docs. 12, 13) |
| Defendants. | ORDER DISMISSING FEDERAL CLAIMS PURSUANT TO NOTICE OF VOLUNTARY DISMISSAL, AND ORDER REMANDING ACTION TO FRESNO COUNTY SUPERIOR COURT |
| | (Doc. 14) |

Plaintiff is a prisoner proceeding pro in this civil rights action. This action was removed from Fresno County Superior Court on April 17, 2008. On March 5, 2009, the magistrate judge issued a screening order and dismissed plaintiff's complaint for failure to state any cognizable federal claims. (Doc. 10.) Plaintiff was ordered to file an amended complaint or a notice of voluntary dismissal of all federal claims. On April 6, 2009, Plaintiff filed a document stating that he wished to voluntarily dismiss his federal claims. (Doc. 11.) The Court then dismissed this action in its entirety. (Docs. 12, 13.)

On April 28, 2009, Plaintiff filed a motion requesting that the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims and remand this action back to Fresno County Superior Court. (Doc. 14.)

Because the Court has not yet addressed Plaintiff's states law claims, the Court will vacate

1

the order dismissing this entire action and the Clerk's entry of judgment. (Docs. 12, 13.) Fed. R. Civ. P. 60(b)(6).

Pursuant to Plaintiff's notice of voluntary dismissal, Plaintiff's federal claims are dismissed. Fed. R. Civ. Pro. 41(a). With respect to Plaintiff's state claims, the Court declines to exercise supplemental jurisdiction and this action shall therefore be remanded to Fresno County Superior Court.

Accordingly, this Court hereby:

1. VACATES the judgment in this action because not all claims were dismissed;
2. REMANDS this action to the Fresno County Superior Court; and
2. DIRECTS this Clerk of the Court to serve a copy of this order on the Fresno County Superior Court and to serve the parties in the customary manner.

IT IS SO ORDERED.

**Dated:      May 25, 2009                             /s/ Anthony W. Ishii**
                                                                    CHIEF UNITED STATES DISTRICT JUDGE